Order
Case 1:07-cv-07003 Document 1-2 Filed 12/13/2007 Page 1 of 1
07 C 7008
CCG N002-300M-2/24/05 ( )
JUDGE HOLDERMAN
MAGISTRATE JUDGE COLE

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

_Illinois Bronze_

v.

_Local 731 etal_

No. _07 CH 23772_

## ORDER

_This Cause Coming To Be Heard Upon Plaintiff Motion To File An Amended Complaint_

(1) _It Is Hereby Ordered That Plaintiff Is Given Leave To File An Amended Complaint, Instanter_

(2) _It Is Further Ordered That This Matter Is Set For Status On 1-10-08 at 10:00_

Atty. No.: _39256_

Name: _Gregory P. O'Dell_

Atty. for: _____

Address: _55 W. Monroe - 1700_

City/State/Zip: _Chg, Il. 60603_

Telephone: _312 - 251-9600_

ENTERED:

Dated: _____

```
ENTERED
JUDGE MARTIN S. AGRAN -1630
NOV 20 2007
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK
```

Judge _____ Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY,**

EXHIBIT
B