**FILED**
**DECEMBER 13, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Northern District of Illinois.

**Plaintiff**(s): Illinois Central Sweeping Service, Inc.

**Defendant**(S): International Brotherhood of Teamsters and Its Affiliate, Local Union No. 731, Tim Dunlap and Tom Brown, Its Business Agents

**07 C 7003**

**JUDGE HOLDERMAN**
**MAGISTRATE JUDGE COLE**

County of Residence: Cook

County of Residence: Cook

Plaintiff's Atty: Connelly Roberts & McGivney LLC
55 W. Monroe, Ste. 1700
Chicago, IL 60603
312-251-9600

Defendant's Atty: Robert E. Bloch
Dowd, Bloch & Bennett
8 S. Michigan Avenue, 19th Flr,
Chicago IL 60603
312-372-1361

<u>II. Basis of Jurisdiction</u>:   3. Federal Question (U.S. not a party)

<u>III. Citizenship of Principal Parties</u>
**(Diversity Cases Only)**

Plaintiff:-**N/A**

Defendant:-**N/A**

<u>IV. Nature of Suit</u>:   **720 Labor/Management Relations**

<u>V. Origin</u>:   **2. Removed from State Court**

<u>VI.Cause of Action</u>:   **28 USC Sec. 1441 - Removal**

**29 USC Secs. 185, 187 - Contract Enforcement, Secondary Activity**

<u>VII. Requested in Complaint</u>

Class Action:**No**

Dollar Demand:

Jury Demand:**No**

<u>VIII.</u> This case **IS NOT** a refiling of a previously dismissed case.

**Signature:**   /s/Robert E. Bloch

**Date:**   December 13, 2007