AEE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

**FILED**
**DECEMBER 13, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 7003**

In the Matter of                              Case Number:

**ILLINOIS CENTRAL SWEEPING SERVICE, INC.,**

                      **Plaintiff,**

v.

**JUDGE HOLDERMAN**
**MAGISTRATE JUDGE COLE**

**INTERNATIONAL BROTHERHOOD OF TEAMSTERS and ITS AFFILIATE, LOCAL UNION NO. 731, TIM DUNLAP and TOM BROWN, ITS BUSINESS AGENTS,**

                      **Defendants.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

International Brotherhood of Teamsters and its affiliate, Local Union No. 731, Tim Dunlap and Tom Brown, its business agents.

| | |
|---|---|
| SIGNATURE | /s/ Robert E. Bloch |
| FIRM | Dowd, Bloch & Bennett |
| STREET ADDRESS | 8 S. Michigan Avenue, 19th Floor |
| CITY/STATE/ZIP | Chicago, IL  60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>0618 7400 | TELEPHONE NUMBER<br>(312) 372-1361 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒     NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐     NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒     NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒     NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ | |