# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                Case Number: 07cv7003

Illinois Central Sweeping Service, Inc.

v.

International Brotherhood of Teamsters et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Illinois Central Sweeping Service, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Corey P. O'Dell | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/*Corey P. O'Dell* | |
| FIRM  Connelly Roberts & McGivney LLC | |
| STREET ADDRESS  55 W. Monroe St., Ste 1700 | |
| CITY/STATE/ZIP  Chicago, Illinois  60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> 312-251-9600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?         YES ☒         NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?        YES ☐         NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES ☒         NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐ | |