## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07cv7003 |
|---|---|
| Illinois Central Sweeping Service, Inc. | |
| v. | |
| International Brotherhood of Teamsters et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Illinois Central Sweeping Service, Inc.

| | |
|---|---|
| NAME (Type or print)<br>Garrett C. Carter | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/*Garrett C. Carter* | |
| FIRM   Connelly Roberts & McGivney LLC | |
| STREET ADDRESS   55 W. Monroe St., Ste 1700 | |
| CITY/STATE/ZIP   Chicago, Illinois  60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6281139 | TELEPHONE NUMBER<br>312-251-9600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐ NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |