IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS CENTRAL SWEEPING SERVICE, INC, <br><br>         Plaintiff, <br><br> v. <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS AND ITS AFFILIATE, LOCAL UNION NO. 731, TIM DUNLAP AND TOM BROWN, ITS BUSINESS AGENTS, <br><br>         Defendants. | Case No. 07 C 7003 |

### NOTICE OF FILING

Teamsters Local Union No. 731
1000 Burr Ridge Parkway
Burr Ridge, Illinois  60527

Tim Dunlap, Business Agent
Teamsters Local Union No. 731
1000 Burr Ridge Parkway
Burr Ridge, Illinois  60527

Tom Brown, Business Agent
Teamsters Local Union No. 731
1000 Burr Ridge Parkway
Burr Ridge, Illinois  60527

Robert Bloch, Esq.
8 S Michigan Ave # 1900
Chicago, IL 60603

    PLEASE TAKE NOTICE that on January 4, 2008 we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the attached Attorney Appearance Form, a copy of which is attached hereto and served upon you.

### CERTIFICATE OF SERVICE

    The undersigned, an attorney, states that the aforementioned documents were served upon all parties of record as listed by placing same in an official depository of the U.S. Postal Service located at Chicago, Illinois, on the date of filing before 5:00 p.m.

                            Respectfully Submitted,
                            Illinois Central Sweeping Service, Inc.

                            By: _____
                                   One of its attorneys

Matthew P. Connelly
Garrett C. Carter
Corey P. O'Dell
Connelly Roberts & McGivney LLC
55 W. Monroe, Ste. 1700
Chicago, IL 60603
312-251-9600