UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS CENTRAL SWEEPING, INC., ) <br> ) <br> PLAINTIFF ) <br> ) <br> v. ) <br> ) <br> INTERNATIONAL BROTHERHOOD OF ) <br> TEAMSTERS AND ITS AFFILIATE, ) <br> LOCAL UNION 731, TIM DUNLAP ) <br> AND TOM BROWN, ITS BUSINESS ) <br> AGENTS, ) <br> ) <br> DEFENDANTS. ) | CASE NO. 07 C 7003 |

NOTICE OF SERVICE

    The undersigned, an attorney, states that Plaintiff's Rule 26(a) Disclosures were served upon all attorneys of record as listed, by U.S. Mail, proper postage prepaid, from 55 W. Monroe Street, Chicago, Illinois, on the date of filing, before 5:00 p.m.

                                            Respectfully Submitted,
                                            Illinois Central Sweeping, Inc.

                              By:    */s/*    Corey P. O'Dell
                                            One of their attorneys

Matthew P. Connelly
Corey P. O'Dell
Connelly Roberts & McGivney LLC
55 W. Monroe Street, Suite 1700
Chicago, Illinois 60603
312-251-9600
Firm I.D. 37236