IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS CENTRAL SWEEPING SERVICE, INC, <br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS AND ITS AFFILIATE, LOCAL UNION NO. 731, TIM DUNLAP AND TOM BROWN, ITS BUSINESS AGENTS, <br> Defendants. | Case No. 07 C 7003 |

**RULE 26(f) DISCLOSURE**

**I. Conference.** Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on February 27, 2008 via telephone conference was attended by:

Corey O'Dell and Jeff Scolaro for plaintiff(s) Illinois Central Sweeping; and
Robert Bloch for defendant(s) Union 731.

**II. Pre-Discovery Disclosures.** The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) and Illinois Supreme Court Rule 219 on March 10, 2008.

**III. Discovery Plan.** The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects: The character and content of the communications between the local and plaintiff's employees and customers ,computation of the "damages" or losses claimed as a result of local and business agents' actions and work lost or terminated as a result.

All discovery commenced in time to be completed in 12 months.

Maximum of 25 interrogatories by each party to any other party as per the rule.

Maximum of 25 requests for admission by each party to any other party as per the rule.

Maximum of 15-25 depositions by plaintiff(s) and 15-25 by defendant(s).

Each deposition will be limited to maximum of 3 hours unless extended by agreement of parties.

**IV. Proposed Schedule:**

Written Issued by March 21, 2008

Oral Completed of all Fact Witnesses by June 30, 2008

Rule 26 disclosure by Plaintiff by June 30, 2008

Deposition of Plaintiffs Rule 26 witnesses by Defendant by August 30, 2008.

Rule 26 disclosure by Defendant by September 30, 2008.

Deposition of Defendants Rule 26 witnesses by Plaintiff's by October 30, 2008.

All dispositive motions filed by December 1, 2008.

Trial Status on February 1, 2009.

## V. Other Items

The parties request a pretrial conference at the mid-way point of the case.

Settlement is likely at this time.

The case should be ready for trial in 12 months.

Date: February 27, 2008

                                        Respectfully Submitted,

                                        ILLINOIS CENTRAL SWEEPING SERVICE, INC.

                                        By: /s/Matthew P. Connelly
                                                One of its attorneys

Matthew P. Connelly
Corey P. O'Dell
Jeffrey J. Scolaro
Connelly Roberts & McGivney LLC
55 W. Monroe, Ste. 1700
Chicago, IL 60603
312-251-9600