IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ILLINOIS CENTRAL SWEEPING SERVICE, INC,

        Plaintiff,

v.

INTERNATIONAL BROTHERHOOD OF TEAMSTERS AND ITS AFFILIATE, LOCAL UNION NO. 731, TIM DUNLAP AND TOM BROWN, ITS BUSINESS AGENTS,

        Defendants.

Case No. 07 C 7003

## NOTICE OF FILING

Teamsters Local Union No. 731
1000 Burr Ridge Parkway
Burr Ridge, Illinois 60527

Tim Dunlap, Business Agent
Teamsters Local Union No. 731
1000 Burr Ridge Parkway
Burr Ridge, Illinois 60527

Tom Brown, Business Agent
Teamsters Local Union No. 731
1000 Burr Ridge Parkway
Burr Ridge, Illinois 60527

Robert Bloch, Esq.
8 S Michigan Ave # 1900
Chicago, IL 60603

    PLEASE TAKE NOTICE that on March 4, 2008, we filed with the Northern District of Illinois, Eastern Division, by ECF electronic filing, Rule 26(f) Disclosure, a copy of which is attached hereto and served upon you.

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, states that the aforementioned documents were served upon all parties of record as listed by placing same in an official depository of the U.S. Postal Service located at 55 West Monroe, Chicago, Illinois, on the date of filing before 5:00 p.m.

        Respectfully Submitted,
        Illinois Central Sweeping Service, Inc.

        By: /s/Matthew P. Connelly
            One of its attorneys

Matthew P. Connelly
Corey P. O'Dell
Jeffrey J. Scolaro
Connelly Roberts & McGivney LLC
55 W. Monroe, Ste. 1700
Chicago, IL 60603
312-251-9600