## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Illinois Central Sweeping Service, Inc.

                    Plaintiff,

v.

                    Case No.: 1:07−cv−07003

                    Honorable James F. Holderman

International Brotherhood of Teamsters, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 6, 2008:

      MINUTE entry before Judge James F. Holderman : Status hearing held on 3/6/2008. Defendants are given until 3/20/2008 to answer the complaint. Parties to comply with Rule 26(a)(1) by 3/10/2008. Written discovery to be issued by 3/1/2008. Plaintiff shall comply with FRCP(26)(a)(2) by 6/30/2008. The depositions of plaintiff's experts to be completed by 8/30/2008. Defendant shall comply with FRCP(26)(a)(2) by 8/30/2008. The depositions of defendants' experts to be completed by 10/30/2008. Fact discovery ordered closed by 6/30/2008. Expert discovery ordered closed by 10/30/2008. Dispositive motions with supporting memoranda due by 12/1/2008; responses due by 12/22/2008. Replies due by 1/16/2009. Final Pretrial Order due by 2/23/2009. Motions in limine with supporting memoranda due by 2/23/2009; responses due by 3/2/2009. Final Pretrial Conference set for 3/9/2009 at 4:00 PM. Bench Trial set for 3/16/2009 at 9:00 AM. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.