**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Illinois Central Sweeping Service, Inc.

                                  Plaintiff,

v.                                                                  Case No.: 1:07−cv−07003

                                                                            Honorable James F. Holderman

International Brotherhood of Teamsters, et al.

                                  Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Jeffrey Cole for the purpose of holding proceedings related to: discovery disputes and settlement conference. (am) Mailed notice.

Dated: March 6, 2008

                                                                                 /s/ James F. Holderman

                                                                            United States District Judge