# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Illinois Central Sweeping Service, Inc.

                                  Plaintiff,

v.                                                          Case No.: 1:07−cv−07003

                                                           Honorable James F. Holderman

International Brotherhood of Teamsters, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 18, 2008:

      MINUTE entry before Judge Honorable Jeffrey Cole:Magistrate Judge Status hearing held on 3/18/2008 and continued to 5/21/08 at 8:30 a.m. Advised in open court. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.