IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ILLINOIS CENTRAL SWEEPING SERVICE, INC.,** ) ) ) | |
| **Plaintiff,** ) ) | Case no. 07 C 7003 |
| v. ) ) | Judge James F. Holderman |
| **INTERNATIONAL BROTHERHOOD OF TEAMSTERS and ITS AFFILIATE, LOCAL UNION No. 731, TIM DUNLAP and TOM BROWN, ITS BUSINESS AGENTS,** ) ) ) ) ) ) ) | Magistrate Judge Cole |
| **Defendants.** ) ) | |

## NOTICE OF FILING

To:   Matthew P. Connelly
      Corey P. O'Dell
      Garrett C. Carter
      Connelly Roberts & McGivney LLC
      55 West Monroe St., Suite 1700
      Chicago, IL  60603

   PLEASE TAKE NOTICE that on March 20, 2008, the undersigned attorney electronically filed INTERNATIONAL BROTHERHOOD OF TEAMSTERS' ANSWER TO AMENDED COMPLAINT with the United States District Court for the Northern District Court of Illinois, Eastern Division, a copy of which is hereby served upon you.

                                                   /s/  Robert E. Bloch         .
                                            One of the attorneys for defendants

Robert E. Bloch
Steven W. Jados
DOWD, BLOCH & BENNETT
8 S. Michigan Avenue
19th floor
Chicago, IL 60603
312-372-1361

## CERTIFICATE OF SERVICE

    I, Robert E. Bloch, an attorney, certify that I will cause to be served a copy of this INTERNATIONAL BROTHERHOOD OF TEAMSTERS' ANSWER TO AMENDED COMPLAINT on March 20, 2008, via electronic filing on the parties listed below:

Matthew P Connelly
Corey P. O'Dell
Garrett C. Carter
Connelly Roberts & McGivney LLC
55 West Monroe St., Suite 1700
Chicago, IL  60603

                                                                            /s/  Robert E. Bloch          .