## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

### SUMMONS IN A CIVIL CASE

| | |
|---|---|
| ILLINOIS CENTRAL SWEEPING SERVICE, INC., <br>   Plaintiff, <br> v. <br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS and ITS AFFILIATE, LOCAL UNION NO. 731, TIM DUNLAP and TOWM BROWN, ITS BUSINESS AGENTS, <br>   Defendants <br><br><br>TEAMSTERS LOCAL UNION No. 731 and TIM DUNLAP, <br>   Counter-Plaintiffs, <br><br> v. <br><br>ILLINOIS CENTRAL SWEEPING, LLC d/b/a/ ILLINOIS CENTRAL SWEEPING SERVICE, INC., <br>   Counter-Defendant, <br><br>and CHARLES DEVRIES, <br><br>   Third-Party Defendant. | Case No. 07 C 7003 <br>Judge James F. Holderman <br>Magistrate Judge Cole |

TO: Charles Devries
   c/o Corey P. O'Dell
   Connelly Roberts & McGivney LLC
   55 W. Monroe Street, Suite 1700
   Chicago, IL  60603

  **YOU ARE HEREBY SUMMONED** and required to serve upon COUNTER-PLAINTIFF'S ATTORNEY (name and address)

        Robert E. Bloch
        Dowd, Bloch & Bennett
        8 South Michigan Avenue, 19th Floor
        Chicago, IL  60603

an answer to the counter claim and third-party complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____       _____
Michael W. Dobbins, Clerk              Date

_____
(by) Deputy Clerk

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me. | DATE: |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service-*

[_]   Served personally upon the defendant. Place where served: _____
_____

[_]   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

[_]   Returned unexecuted: _____
_____
_____

[_]   Other (specify): _____
_____
_____

### STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                Date                                              Signature of Server


_____
Address of Server