# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **ILLINOIS CENTRAL SWEEPING SERVICE, INC.,** | ) ) ) | |
| Plaintiff, | ) ) | Case no. 07 C 7003 |
| v. | ) ) | Judge James F. Holderman |
| **INTERNATIONAL BROTHERHOOD OF TEAMSTERS and ITS AFFILIATE, LOCAL UNION No. 731, TIM DUNLAP and TOM BROWN, ITS BUSINESS AGENTS,** | ) ) ) ) ) ) ) | Magistrate Judge Cole |
| Defendants. | ) ) ) | |
| **TEAMSTERS LOCAL UNION No. 731 and TIM DUNLAP,** | ) ) ) | |
| Counter-Plaintiffs, | ) ) | |
| v. | ) ) | |
| **ILLINOIS CENTRAL SWEEPING, LLC d/b/a ILLINOIS CENTRAL SWEEPING SERVICE, INC.,** | ) ) ) ) | |
| Counter-Defendant, | ) ) ) | |
| **and CHARLES DEVRIES,** | ) ) | |
| Third-Party Defendant. | ) | |

## NOTICE OF FILING

To: Matthew P Connelly
Corey P. O'Dell
Garrett C. Carter
Connelly Roberts 7 McGivney LLC
55 West Monroe St., Suite 1700
Chicago, IL  60603

    PLEASE TAKE NOTICE that on March 20, 2008, the undersigned attorney electronically filed ANSWER OF DEFENDANTS  LOCAL 731, DUNLAP AND BROWNE TO AMENDED COMPLAINT, COUNTERCLAIM AND THIRD-PARTY COMPLAINT with the United States District Court for the Northern District Court of Illinois, Eastern Division, a copy of which is hereby served upon you.

                                      /s/  Robert E. Bloch         .
                              One of the attorneys for defendants

Robert E. Bloch
Steven W. Jados
DOWD, BLOCH & BENNETT
8 S. Michigan Avenue
19th floor
Chicago, IL 60603
312-372-1361

**CERTIFICATE OF SERVICE**

    I, Robert E. Bloch, an attorney, certify that I will cause to be served a copy of this ANSWER OF DEFENDANTS LOCAL 731, DUNLAP AND BROWNE TO AMENDED COMPLAINT, COUNTERCLAIM AND THIRD-PARTY COMPLAINT on March 20, 2008, via electronic filing on the parties listed below:

Matthew P Connelly<br>
Corey P. O'Dell<br>
Garrett C. Carter<br>
Connelly Roberts 7 McGivney LLC<br>
55 West Monroe St., Suite 1700<br>
Chicago, IL  60603

                                                        /s/  Robert E. Bloch     .