IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ILLINOIS CENTRAL SWEEPING SERVICE, INC., | ) ) ) | |
| Plaintiff, | ) ) | Case no. 07 C 7003 |
| v. | ) ) | Judge James F. Holderman |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS and ITS AFFILIATE, LOCAL UNION No. 731, TIM DUNLAP and TOM BROWN, ITS BUSINESS AGENTS, | ) ) ) ) ) ) ) | Magistrate Judge Cole |
| Defendants. | ) ) ) | |
| _____ | ) ) | |
| TEAMSTERS LOCAL UNION No. 731 and TIM DUNLAP, | ) ) ) | |
| Counter-Plaintiffs, | ) ) | |
| v. | ) ) | |
| ILLINOIS CENTRAL SWEEPING, LLC d/b/a ILLINOIS CENTRAL SWEEPING SERVICE, INC., | ) ) ) ) | |
| Counter-Defendant, | ) ) ) | |
| and CHARLES DEVRIES, | ) ) | |
| Third-Party Defendant. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned caused the attached Defendant Teamsters Local 731's First Set of Interrogatories and Defendant Teamsters Local 731's First Requests to Produce to be sent by United States mail, postage prepaid, on March 28, 2008, to the following persons:

Matthew P Connelly
Corey P. O'Dell
Garrett C. Carter
Connelly Roberts & McGivney LLC
55 West Monroe St., Suite 1700
Chicago, IL  60603

    /s/ Robert E. Bloch
Robert E. Bloch