IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS CENTRAL SWEEPING SERVICE, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS AND ITS AFFILIATE, LOCAL UNION NO. 731, TIM DUNLAP AND TOM BROWN, ITS BUSINESS AGENTS, <br><br> Defendants. | Case No. 07 C 7003 |

**RESPONSES TO AFFIRMATIVE DEFENSES OF DEFENDANTS
LOCAL 731, DUNLAP AND BROWNE**

Plaintiff, Illinois Central Sweeping Service, Inc., by its attorneys, Connelly Roberts & McGivney, LLC, files this answer to the affirmative defenses of Defendants Local 731, Dunlap and Browne and states as follows:

**First Affirmative Defense**

The Complaint fails to state a claim for which relief can be granted.

**Response:**   **Denied.**

**Second Affirmative Defense**

Plaintiff's claims are barred by preemption under the National Labor Relations Act and the exclusive jurisdiction of the National Labor Relations Board.

**Response:**   **Denied.**

**Third Affirmative Defense**

Plaintiff's claims are barred by complete preemption under the National Labor Relations Act.

**Response:**   **Denied.**

**Fourth Affirmative Defense**

Plaintiffs claims are barred by absolute and qualified privilege including but not limited to those arising out of Section 7 of the National Labor Relations Act, legitimate business interest, common interest, and those established by federal and state common law.

**Response:** **Denied.**

### Fifth Affirmative Defense

Plaintiff's claims are barred by the statute of limitations.

**Response:** **Denied.**

### Sixth Affirmative Defense

Plaintiff's claims are barred because the allegedly defamatory or disparaging statements set forth in the amended complaint are statements of opinion.

**Response:** **Denied.**

### Seventh Affirmative Defense

Plaintiff's claims are barred because the allegedly defamatory or disparaging statements set forth in the amended complaint, which are not statements of opinion, are true.

**Response:** **Denied.**

### Eighth Affirmative Defense

Plaintiff's claims are barred because the allegedly defamatory or disparaging statements set forth in the amended complaint are rhetorical hyperbole or puffery.

**Response:** **Denied.**

### Ninth Affirmative Defense

Plaintiff's claims are barred by First Amendment to the United States Constitution and state and federal protections afforded to speech.

**Response:** **Denied.**

### Tenth Affirmative Defense

Plaintiff's claims are barred because Plaintiff suffered no harm to its reputation, business or otherwise, as a result of the allegedly defamatory or disparaging statements contained in the amended complaint or as a result of any other conduct set forth in the complaint.

**Response:** **Denied.**

### Eleventh Affirmative Defense

Plaintiff's claims are barred because defendants were privileged to make the allegedly defamatory or disparaging statements set forth in the amended complaint.

**Response:** Denied.

WHEREFORE, Plaintiff Illinois Central Sweeping Services, Inc. hereby moves the Court to strike, dismiss or deny the Defendants' affirmative defenses. Plaintiff denies that Defendants are entitled to any of the relief requested.

Respectfully Submitted,
Illinois Central Sweeping Service, Inc.

By: /s/Matthew P. Connelly
      One of its attorneys

Matthew P. Connelly
Corey P. O'Dell
Jeffrey J. Scolaro
Connelly Roberts & McGivney LLC
55 W. Monroe, Ste. 1700
Chicago, IL 60603
312-251-9600

**CERTIFICATE OF SERVICE**

      The undersigned hereby certify that on April 1, 2008, a true copy of the Response to Affirmative Defenses of Local 731, Dunlap and Browne was served upon the attorney of record for each other party via the ECF Filing System.

                                                  Respectfully Submitted,
                                                  Illinois Central Sweeping Service, Inc.

                                                  By: /s/Matthew P. Connelly
                                                          One of its attorneys

Matthew P. Connelly
Corey P. O'Dell
Jeffrey J. Scolaro
Connelly Roberts & McGivney LLC
55 W. Monroe, Ste. 1700
Chicago, IL 60603
312-251-9600