## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### CHANCERY DEPARTMENT

| | |
|---|---|
| ILLINOIS CENTRAL SWEEPING SERVICE, INC, | |
| Plaintiff, | |
| v. | Case No. 07 CH 22793 |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS AND ITS AFFILIATE, LOCAL UNION NO. 731, TIM DUNLAP AND TOM BROWN, ITS BUSINESS AGENTS, | |
| Defendants. | |

### NOTICE OF FILING

Robert Bloch, Esq.
8 S Michigan Ave # 1900
Chicago, IL 60603

PLEASE TAKE NOTICE that on April 1, 2008, we filed **Responses to Affirmative Defenses of Defendants Local 731, Dunlap and Browne, Response to Affirmative Defendants of International Brotherhood of Teamsters,** and **Answer to Counterclaim of Defendants Local 731, Dunlap and Browne** with the Clerk of the Cook County Circuit Court the **,** a copy of which is attached hereto and served upon you.

### CERTIFICATE OF SERVICE

The undersigned hereby certify that on April 1, 2008, a true copy of the aforementioned documents were served upon the attorney of record for each other party via the ECF Filing System.

Respectfully Submitted,
Illinois Central Sweeping Service, Inc.

By: */s/ Corey P. O'Dell*
        One of its attorneys

Matthew P. Connelly
Garrett C. Carter
Corey P. O'Dell
Connelly Roberts & McGivney LLC
55 W. Monroe, Ste. 1700
Chicago, IL 60603
312-251-9600