UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

THIRD- PARTY SUMMONS IN A CIVIL CASE

| | |
|---|---|
| ILLINOIS CENTRAL SWEEPING SERVICE, INC., <br> Plaintiff, <br> v. <br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS and ITS AFFILIATE, LOCAL UNION NO. 731, TIM DUNLAP and TOM BROWN, ITS BUSINESS AGENTS, <br> Defendants <br><br> TEAMSTERS LOCAL UNION No. 731 and TIM DUNLAP, <br> Counter-Plaintiffs, <br> v. <br> ILLINOIS CENTRAL SWEEPING, LLC d/b/a/ ILLINOIS CENTRAL SWEEPING SERVICE, INC., <br> Counter-Defendant, <br> and CHARLES DEVRIES, <br> Third-Party Defendant. | Case No. 07 C 7003 <br> Judge James F. Holderman <br> Magistrate Judge Cole |

TO:   Charles Devries
      c/o Corey P. O'Dell
      Connelly Roberts & McGivney LLC
      55 W. Monroe Street, Suite 1700
      Chicago, IL  60603

**YOU ARE HEREBY SUMMONED** and required to serve upon COUNTER-PLAINTIFF'S ATTORNEY (name and address)

Robert E. Bloch
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL  60603

an answer to the counter claim and third-party complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a

**Michael W. Dobbins, Clerk**

J. Cervantes                                                Date                    **March 27, 2008**
-----------------------------------                    ----------                  -----------------------------------
**(By) DEPUTY CLERK**                                                                       Date

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me. || DATE: 3/28/08 |
| NAME OF SERVER (PRINT) Flor Jiron – Administrative Assistant || TITLE |
| *Check one box below to indicate appropriate method of service-* |||

[_] Served personally upon the defendant. Place where served: _____

[_] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[_] Returned unexecuted: _____

[_] Other (specify): Personally handed the Summons and Complaint to Latoya Brown, at the office of Corey P. O'Dell at 3:50 pm on March 28, 2008 at 55 W. Monroe St., Chicago, IL 60603.

| STATEMENT OF SERVICES FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___3/28/08___
Date

*[signature]*
Signature of Server

8 S. Michigan Ave., 19th Floor
Chicago, IL 60603
Address of Server