IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS CENTRAL SWEEPING SERVICE, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS AND ITS AFFILIATE, LOCAL UNION NO. 731, TIM DUNLAP AND TOM BROWN, ITS BUSINESS AGENTS, <br><br> Defendants. | Case No. 07 C 7003 <br><br> Judge James F. Holderman <br><br> Magistrate Jeffrey Cole |
| TEAMSTERS LOCAL UNION NO. 731 and TIM DUNLAP, <br><br> Counter-Plaintiffs, <br><br> v. <br><br> ILLINOIS CENTRAL SWEEPING, LLC d/b/a ILLINOIS CENTRAL SWEEPING SERVICE, INC., <br><br> Counter-Defendant, <br><br> and CHARLES DEVRIES, <br><br> Third-Party Defendant. | |

CERTIFICATE OF SERVICE

The undersigned caused Plaintiff's First Set of Interrogatories and Request for Production to be sent by U.S. Mail, proper postage prepaid, from 55 W. Monroe Street, Chicago, Illinois, on the 6th day of May, 2008, before 5:00 p.m., to the following person:

Robert E. Bloch
Dowd, Bloch & Bennett
8 S. Michigan Avenue, 19th Floor
Chicago, Illinois  60603

                    Respectfully Submitted,
                    Illinois Central Sweeping Service LLC


              By:   /s/*Corey P. O'Dell*
                      One of their attorneys


Matthew P. Connelly, #6229052
Corey P. O'Dell, #2090228
Connelly Roberts & McGivney LLC
55 W. Monroe Street, Suite 1700
Chicago, Illinois 60603
312-251-9600