IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS CENTRAL SWEEPING SERVICE, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS AND ITS AFFILIATE, LOCAL UNION NO. 731, TIM DUNLAP AND TOM BROWN, ITS BUSINESS AGENTS, <br><br> Defendants. | Case No. 07 C 7003 <br><br> Judge James F. Holderman <br><br> Magistrate Jeffrey Cole |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, May 15, 2008 at 9:00 a.m., we shall appear before the Honorable Judge Holderman or any judge sitting in his stead, in Courtroom 2541 at 219 S. Dearborn Street, Chicago, Illinois and shall present **Motion for Protective Order** a copy of which is hereby attached and served upon you.

        Respectfully Submitted,
        Illinois Central Sweeping Service, Inc.

        By:     /s/ *Corey P. O'Dell*
                One of its attorneys

Matthew P. Connelly, #6229052
Garrett C. Carter, #6281139
Corey P. O'Dell, #2090228
Connelly Roberts & McGivney LLC
55 W. Monroe Street, Suite 1700
Chicago, Illinois 60603
312-251-9600