IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS CENTRAL SWEEPING SERVICE, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS AND ITS AFFILIATE, LOCAL UNION NO. 731, TIM DUNLAP AND TOM BROWN, ITS BUSINESS AGENTS, <br><br> Defendants. | Case No. 07 C 7003 <br><br> Judge James F. Holderman <br><br> Magistrate Jeffrey Cole |

## CERTIFICATE OF SERVICE

The undersigned hereby certify that on May 9, 2008, a true copy of the Motion for Protective Order and the Notice of Motion were served upon the attorney of record for each other party via the ECF Filing System.

Respectfully Submitted,
Illinois Central Sweeping Service, Inc.

By: _____/s/ *Corey P. O'Dell*_____
One of its attorneys

Matthew P. Connelly, #6229052
Garrett C. Carter, #6281139
Corey P. O'Dell, #2090228
Connelly Roberts & McGivney LLC
55 W. Monroe Street, Suite 1700
Chicago, Illinois 60603
312-251-9600