IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS CENTRAL SWEEPING SERVICE, INC., <br>   Plaintiff, <br><br>v. <br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS AND ITS AFFILIATE, LOCAL UNION NO. 731, TIM DUNLAP AND TOM BROWN, ITS BUSINESS AGENTS, <br>   Defendants. <br><br>TEAMSTERS LOCAL UNION NO. 731 and TIM DUNLAP, <br>   Counter-Plaintiffs, <br><br>v. <br><br>ILLINOIS CENTRAL SWEEPING, LLC d/b/a ILLINOIS CENTRAL SWEEPING SERVICE, INC., <br>   Counter-Defendant, <br><br>and CHARLES DEVRIES, <br>   Third-Party Defendant. | Case No. 07 C 7003 <br><br>Judge James F. Holderman <br><br>Magistrate Jeffrey Cole |

**CERTIFICATE OF SERVICE**

  The undersigned hereby certify that on May 13, 2008, a true copy of the Notice of Deposition Pursuant to Subpoena of Keith P. Sankey and Subpoenas issued for Keith P. Sankey and for Cook County Bureau of Administration were served upon the attorney of record for each other party via the ECF Filing System.

              Respectfully Submitted,
              Illinois Central Sweeping Service, Inc.

              By:  /s/ *Corey P. O'Dell*
                  One of its attorneys

Matthew P. Connelly, #6229052
Corey P. O'Dell, #2090228
Connelly Roberts & McGivney LLC
55 W. Monroe Street, Suite 1700
Chicago, Illinois  60603
312-251-9600