IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS CENTRAL SWEEPING SERVICE, INC., ) ) ) | |
| Plaintiff, ) ) | Case no. 07 C 7003 |
| v. ) ) | Chief Judge James F. Holderman |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS and ITS AFFILIATE, LOCAL UNION No. 731, TIM DUNLAP and TOM BROWN, ITS BUSINESS AGENTS, ) ) ) ) ) ) | Magistrate Judge Cole |
| Defendants. ) ) | |
| ──────────────────────────── ) | |
| TEAMSTERS LOCAL UNION No. 731 and TIM DUNLAP, ) ) ) | |
| Counter-Plaintiffs, ) ) | |
| v. ) ) | |
| ILLINOIS CENTRAL SWEEPING, LLC d/b/a ILLINOIS CENTRAL SWEEPING SERVICE, INC., ) ) ) ) | |
| Counter-Defendant, ) ) ) | |
| and CHARLES DEVRIES, ) ) | |
| Third-Party Defendant. ) | |

**DEFENDANT TEAMSTERS LOCAL 731'S
<u>MOTION TO COMPEL A DISCOVERY RESPONSE</u>**

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, defendant/counter-plaintiff Excavating, Grading, Asphalt, Private Scavenges, Automobile Salesroom Garage Attendants, Linen and Laundry Drivers, Local Union No. 731, affiliated with the International Brotherhood of Teamsters ("Local 731"), by its attorneys Dowd, Bloch & Bennett, respectfully moves for an order compelling plaintiff/counter-defendant Illinois Central Sweeping, LLC d/b/a Illinois Central Sweeping Service, Inc.("Illinois Central") and third-party defendant Richard DeVries ("DeVries") to answer its interrogatories submitted under Rule 33 and produce documents for inspection as requested under Rule 34. In support of its motion, Local 731 states:

1. Local 731 served 21 interrogatories and seven requests to produce upon counsel for Illinois Central and DeVries on March 28, 2008 by United States mail. Local 731 filed its certificate of service for its discovery requests with this Court on March 28, 2008, docket no. 25.

2. Illinois Central and Devries have never formally responded to any of Local 731's discovery requests.

3. After several inquiries produced nothing, by letter dated and telefaxed on May 5, 2008, Local 731 counsel requested a Rule 37.2 consultation with opposing counsel.

4. Later on May 5, 2008, counsel for Illinois Central and DeVries forwarded an unsigned, electronic draft answer to Local 731's requests to produce. The draft recited that certain documents were enclosed, but in fact nothing was enclosed. No further response – either through execution of the draft responses or actual production of documents – has since been forthcoming.

5. On May 6, 2008, the parties held a Rule 37.2 conference telephonically at approximately 2:00 p.m. between the undersigned and opposing counsel Corey O'Dell. At this conference, counsel for Illinois Central and DeVries advised of difficulty in securing his clients' cooperation. He also raised, for the first time, his clients' desire to enter into a protective order pertaining to release of confidential documents. Local 731's counsel agreed to assist in drafting an agreed protective order, and further agreed to comply with the terms of an agreed protective order until the order was entered by this Court, but he further advised that Local 731 could not delay past May 13, 2008 to file this motion, and that discovery must therefore be answered by May 12, 2008.

5. Illinois Central and DeVries have made no response whatsoever to Local 731's 21 interrogatories, nor have they submitted a signed response to Local 731's document requests nor provided any documents whatsoever.

6. Counsel for Local 731 states that, after consultation by telephone with Counsel for Illinois Central and DeVries, and good faith attempts to resolve differences, no production has yet been forthcoming. Fourteen days have elapsed since discovery responses were due, and seven days have elapsed since the parties' Rule 37.2 conference.

Wherefore, Local 731 respectfully requests that this Court enter an Order:

a. Compelling Illinois Central and DeVries to answer the discovery requests propounded upon them;

b. Pursuant to Rule 37(a)(5)(A), require Illinois Central and DeVries to pay Local 731's reasonable expenses incurred in making this motion, including attorney's fees; and

    c.    Provide such other relief as this Court deems just and proper.

Respectfully submitted,

/s/ Robert E. Bloch

Robert E. Bloch
Steve W. Jados
DOWD, BLOCH & BENNETT
8 S. Michigan Avenue
19th floor
Chicago, IL 60603
312-372-1361