**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **ILLINOIS CENTRAL SWEEPING SERVICE, INC.,** | ) ) ) | |
| Plaintiff, | ) ) | Case no. 07 C 7003 |
| v. | ) ) | Chief Judge James F. Holderman |
| **INTERNATIONAL BROTHERHOOD OF TEAMSTERS and ITS AFFILIATE, LOCAL UNION No. 731, TIM DUNLAP and TOM BROWN, ITS BUSINESS AGENTS,** | ) ) ) ) ) ) ) | Magistrate Judge Cole |
| Defendants. | ) ) ) | |
| _____ | ) ) | |
| **TEAMSTERS LOCAL UNION No. 731 and TIM DUNLAP,** | ) ) ) | |
| Counter-Plaintiffs, | ) ) | |
| v. | ) ) | |
| **ILLINOIS CENTRAL SWEEPING, LLC d/b/a ILLINOIS CENTRAL SWEEPING SERVICE, INC.,** | ) ) ) ) | |
| Counter-Defendant, | ) ) ) | |
| and **CHARLES DEVRIES,** | ) ) | |
| Third-Party Defendant. | ) | |

**NOTICE OF MOTION**

To:  Matthew P. Connelly
    Corey P. O'Dell
    Garrett C. Carter
    Connelly Roberts & McGivney LLC
    55 West Monroe St., Suite 1700
    Chicago, IL  60603

　　　PLEASE TAKE NOTICE that on Tuesday May 22, 2008, at 9:00 a.m., or as soon thereafter as I may be heard, I will present the attached DEFENDANT TEAMSTERS LOCAL 731'S MOTION TO COMPEL A DISCOVERY RESPONSE to Chief Judge Holderman, in the courtroom usually occupied by him, or to another Judge sitting in his stead, a copy of which is served upon you.

　　　　　　　　　　　　　　　　　　　　　　　　/s/  Robert E. Bloch
　　　　　　　　　　　　　　　　　　　　　　　One of the attorneys for Local 731


Robert E. Bloch
Steven W. Jados
DOWD, BLOCH & BENNETT
8 S. Michigan Avenue
19th floor
Chicago, IL 60603
312-372-1361