IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ILLINOIS CENTRAL SWEEPING SERVICE, INC., | ) ) ) | |
| Plaintiff, | ) ) | Case no. 07 C 7003 |
| v. | ) ) | Chief Judge James F. Holderman |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS and ITS AFFILIATE, LOCAL UNION No. 731, TIM DUNLAP and TOM BROWN, ITS BUSINESS AGENTS, | ) ) ) ) ) ) | Magistrate Judge Cole |
| Defendants. | ) ) ) | |
| TEAMSTERS LOCAL UNION No. 731 and TIM DUNLAP, | ) ) ) | |
| Counter-Plaintiffs, | ) ) | |
| v. | ) ) | |
| ILLINOIS CENTRAL SWEEPING, LLC d/b/a ILLINOIS CENTRAL SWEEPING SERVICE, INC., | ) ) ) ) | |
| Counter-Defendant, | ) ) ) | |
| and CHARLES DEVRIES, | ) ) | |
| Third-Party Defendant. | ) | |

**REVISED NOTICE OF MOTION**

To: Matthew P. Connelly
Corey P. O'Dell
Garrett C. Carter
Connelly Roberts & McGivney LLC
55 West Monroe St., Suite 1700
Chicago, IL  60603

PLEASE TAKE NOTICE that on Wednesday, May 21, 2008, at 8:30 a.m., or as soon thereafter as I may be heard, I will present the attached DEFENDANT TEAMSTERS LOCAL 731'S MOTION TO COMPEL A DISCOVERY RESPONSE to Magistrate Judge Cole, in the courtroom usually occupied by him, or to another Judge sitting in his stead, a copy of which is served upon you.

/s/  Robert E. Bloch
One of the attorneys for Local 731

Robert E. Bloch
Steven W. Jados
DOWD, BLOCH & BENNETT
8 S. Michigan Avenue
19th floor
Chicago, IL 60603
312-372-1361