# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7003 | **DATE** | 5/15/2008 |
| **CASE TITLE** | IL Central Sweeping Service, Inc. Vs. International Brotherhood of Teamsters, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion for a protective order [33] is granted. Enter Agreed Protective Order. Defendants' motion to compel a discovery response [41] is granted in part and denied in part as stated in open court. The motion is denied as to fees. Parties are to have a face to face Rule 37.2 Conference by May 22, 2008. No appearance is necessary on 5/21/08.

Docketing to mail notices

00:30



| | Courtroom Deputy Initials: | CDH |
|---|---|---|

07C7003 IL Central Sweeping Service, Inc. Vs. International Brotherhood of Teamsters, et al.    Page 1 of 1