UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS CENTRAL SWEEPING, INC., ) <br> ) <br> PLAINTIFF ) <br> ) <br> v. ) <br> ) <br> INTERNATIONAL BROTHERHOOD OF ) <br> TEAMSTERS AND ITS AFFILIATE, ) <br> LOCAL UNION 731, TIM DUNLAP ) <br> AND TOM BROWN, ITS BUSINESS ) <br> AGENTS, ) <br> ) <br> DEFENDANTS. ) | CASE NO. 07 C 7003 |

### PLAINTIFF ILLINOIS CENTRAL SWEEPING SERVICE, INC.'S MOTION TO RESCHEDULE SETTLEMENT CONFERECE

Plaintiff, Illinois Central Sweeping Service, LLC, by its attorneys Matthew P. Connelly and Corey P. O'Dell hereby moves this honorable court to enter an Order rescheduling the Settlement Conference of May 28, 2008 and states the following reasons:

1. Matthew P. Connelly has a conflict that would preclude his attendance and the conference would be greatly facilitated if he were present to provide advice to the plaintiff;

2. Settlement would expedited if Matthew Connelly were present at the settlement conference were rescheduled to a mutually agreeable time that this Court has available.

WHEREFORE, Plaintiff Illinois Central Sweeping moves this honorable Court to reschedule the dates for the Settlement Conference in this matter.

Respectfully Submitted,

Illinois Central Sweeping Service, Inc.

By: /s/ Corey O'Dell
      One of its attorneys

Matthew P. Connelly, #6229052
Corey P. O'Dell, #2090228
Connelly Roberts & McGivney LLC
55 W. Monroe Street, Suite 1700
Chicago, Illinois 60603
312-251-9600