UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS CENTRAL SWEEPING, INC.,  )<br>)<br>PLAINTIFF )<br>)<br>v.  )<br>)<br>INTERNATIONAL BROTHERHOOD OF )<br>TEAMSTERS AND ITS AFFILIATE, )<br>LOCAL UNION 731, TIM DUNLAP )<br>AND TOM BROWN, ITS BUSINESS )<br>AGENTS, )<br>)<br>DEFENDANTS.  ) | CASE NO. 07 C 7003 |

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE THAT** on the 27th day of May, 2008 at 8:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge Cole or any judge sitting in his stead, in Courtroom 1838, of the Northern District of Illinois, Eastern Division at 219 S. Dearborn, Chicago, Illinois, and shall then and there present **Plaintiff's Motion to Reschedule Settlement Conference**, a copy of which attached hereto and served upon you.

Respectfully submitted,

ILLINOIS CENTRAL SWEEPING

/s/Corey O'Dell

Matthew P. Connelly
Craig E. Donnelly
Connelly Roberts & McGivney LLC
55 West Monroe, Suite 1700
Chicago, IL 60603
312-251-9600

## **CERTIFICATE OF SERVICE**

      The undersigned a non-attorney state that a true and correct copy of the filed document was served upon all counsel of record listed below via regular mail at 55 West Monroe, Chicago, Illinois and via CM/ECF electronic filing on May 23, 2008, before 5:00 p.m.

Robert E. Bloch
Dowd, Bloch & Bennett
8 S. Michigan Avenue, 19th Floor
Chicago, Illinois  60603

                                            /s/Deena Burns