# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Illinois Central Sweeping Service, Inc.

                     Plaintiff,

v.                                                                   Case No.: 1:07–cv–07003

                                                                    Honorable James F. Holderman

International Brotherhood of Teamsters, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 12, 2008:

      MINUTE entry before the Honorable Jeffrey Cole:Settlement conference held on 6/12/2008. Settlement is not feasible at this time. Parties shall contact chambers (312–435–5601) with a new date for a continued settlement conference. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.