**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ILLINOIS CENTRAL SWEEPING SERVICE, INC.,** | ) ) ) | |
| **Plaintiff,** | ) ) | **Case no. 07 C 7003** |
| v. | ) ) | **Chief Judge James F. Holderman** |
| **INTERNATIONAL BROTHERHOOD OF TEAMSTERS and ITS AFFILIATE, LOCAL UNION No. 731, TIM DUNLAP and TOM BROWN, ITS BUSINESS AGENTS,** | ) ) ) ) ) ) | **Magistrate Judge Cole** |
| **Defendants.** | ) ) ) | |
| _____ | ) ) | |
| **TEAMSTERS LOCAL UNION No. 731 and TIM DUNLAP,** | ) ) ) | |
| **Counter-Plaintiffs,** | ) ) | |
| v. | ) ) | |
| **ILLINOIS CENTRAL SWEEPING, LLC d/b/a ILLINOIS CENTRAL SWEEPING SERVICE, INC.,** | ) ) ) ) | |
| **Counter-Defendant,** | ) ) ) | |
| **and CHARLES DEVRIES,** | ) ) | |
| **Third-Party Defendant.** | ) | |

**DEFENDANT TEAMSTERS LOCAL 731'S**
**MOTION FOR SANCTIONS IN DISCOVERY**

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, defendant/counter-plaintiff Excavating, Grading, Asphalt, Private Scavenges, Automobile Salesroom Garage Attendants, Linen and Laundry Drivers, Local Union No. 731, affiliated with the International Brotherhood of Teamsters ("Local 731"), by its attorneys Dowd, Bloch & Bennett, respectfully moves for an order sanctioning plaintiff/counter-defendant Illinois Central Sweeping, LLC d/b/a Illinois Central Sweeping Service, Inc.("Illinois Central") and third-party defendant Richard DeVries ("DeVries") for their failure to comply with this Court's discovery Order.  In support of its motion, Local 731 states:

1.      Local 731 served 21 interrogatories and seven requests to produce upon counsel for Illinois Central and DeVries on March 28, 2008 by United States mail.  Local 731 filed its certificate of service for its discovery requests with this Court on March 28, 2008.  A copy of Local 731's discovery requests are attached as Exhibits A and B.

2.      When Illinois Central and Devries failed to respond to the discovery, and failed to fully respond following the parties' May 6, 2008 Rule 37.2 conference, Local 731 filed its first motion to compel on May 13, 2008.

3.      On May 15, 2008, this Court granted plaintiff's motion to compel discovery but denied that portion of the motion seeking sanctions.

4.      On May 16, 2008, the parties held another Rule 37.2 conference, whereby understandings were achieved on each and every discovery request.  The undersigned memorialized these understandings in a May 28, 2008 letter, which is attached as Exhibit C.

5.      Illinois Central never disputed the statements in the May 28 letter, nor has it provided any of the discovery responses to which it agreed on May 26, 2008.  It has simply ignored them.

6.      Plaintiff and DeVries have, as a practical matter, made it impossible for defendants to defend this suit.  For example, as of this date, plaintiffs have never identified with particularity any of the unlawful acts allegedly committed by defendants or any of the witnesses to these particular acts.

7.      Plaintiffs have shown contempt for this Court by their outright refusal to comply with this Court's May 15, 2008 Order compelling it to answer defendants' discovery.

WHEREFORE, Local 731 respectfully requests that this Court enter an Order:

a.      Pursuant to Rule 37(b)(2)(A), dismissing the amended complaint in its entirety; and

b.      Providing such other relief as this Court deems just and proper.


Respectfully submitted,


_/s/ Robert E. Bloch_

Robert E. Bloch
Steve W. Jados
DOWD, BLOCH & BENNETT
8 S. Michigan Avenue
19th floor
Chicago, IL 60603
312-372-1361