IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS CENTRAL SWEEPING SERVICE, INC., | ) ) ) |
| Plaintiff, | ) ) Case no. 07 C 7003 ) |
| v. | ) Judge James F. Holderman ) |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS and ITS AFFILIATE, LOCAL UNION No. 731, TIM DUNLAP and TOM BROWN, ITS BUSINESS AGENTS, | ) Magistrate Judge Cole ) ) ) ) ) |
| Defendants. | ) ) |
| TEAMSTERS LOCAL UNION No. 731 and TIM DUNLAP, | ) ) ) |
| Counter-Plaintiffs, | ) ) |
| v. | ) ) |
| ILLINOIS CENTRAL SWEEPING, LLC d/b/a ILLINOIS CENTRAL SWEEPING SERVICE, INC., | ) ) ) ) |
| Counter-Defendant, | ) ) |
| and CHARLES DEVRIES, | ) ) |
| Third-Party Defendant. | ) |

**DEFENDANT TEAMSTERS LOCAL 731'S FIRST REQUESTS TO PRODUCE**


EXHIBIT B

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, the Defendant/Counter-plaintiff Excavating, Grading, Asphalt, Private Scavenges, Automobile Salesroom Garage Attendants, Linen and Laundry Drivers, Local Union No. 731, affiliated with the International Brotherhood of Teamsters ("Local 731"), by its attorneys Dowd, Bloch & Bennett, request the plaintiff counter-defendant Illinois Central Sweeping, LL D/b/a Illinois Central Sweeping Service, Inc.("Illinois Central") and Third-Party Defendant Richard DeVries, to produce the following documents at the offices of the defendants' attorneys, at 8 South Michigan Avenue, 19th Floor, Chicago, Illinois, within 30 days, and to provide a written response stating which material is responsive to which request. The Teamsters also request an affidavit from an Illinois Central representative stating that production is complete, or, if it is not complete, the reason for the incomplete production.

## I.

## **DEFINITIONS**

In responding to this request to produce, please utilize the following definitions:

A. "Illinois Central" refers to the plaintiff/counter-defendant (both as Illinois Central Sweeping Service, Inc. and Illinois Central Sweeping, LLC), its officers, trustees, directors, members, managers employees, agents, committees, boards, agencies, commissions, affiliates, and divisions, where appropriate, and all persons who have acted or have purported to act on its behalf.

B. "Teamsters International" refers to the International Brotherhood of Teamsters; "Local 731" refers to the Excavating, Grading, Asphalt, Private Scavenges, Automobile

Salesroom Garage Attendants, Linen and Laundry Drivers, Local Union No. 731, affiliated with the International Brotherhood of Teamsters; "Dunlap" refers to Timothy Dunlap; and "Browne" refers to Thomas Browne.

    C.    The term "CBA" refers to the collective bargaining agreement between Illinois Central and Local 731, effective by its terms from May 1, 2004 through October 31, 2006 and, where relevant, the collective bargaining agreements between these parties that preceded it.

    D.    The term "Elgin Sweeping" means Elgin Sweeping Services, Inc.

    E    The term "document" or "documents" means any writing or record of any kind, including the original and all non-identical copies, whether different from the original or originals by reason of any notation, alterations, notes, comments, or other material contained thereon or attached to such copies or otherwise (including without limitation correspondence, memoranda, notes, diaries, statistics, letters, telegrams, minutes, contracts, reports, studies, checks, statements, receipts, returns, summaries, pamphlets, books, prospectuses, interoffice and intra-office communications, offers, telephone bills and toll call records, bulletins, printed matter, computer printouts, tapes, cards, teletypes, telefaxes, invoices, worksheets, and all drafts, alterations, modifications, changes and amendments of any of the foregoing); graphic or aural records or representations of any kind (including without limitation photographs, charts, graphs, microfiche, microfilm videotape, recordings, motion pictures); and electronic, mechanical, or electronically stored records or representations of any kind (including without limitation tapes, cassettes, discs, recordings, electronic mail). "Document" or "documents" also includes an original, master, copy, draft, or preliminary notes for any other document or documents, or any marginal comment or comments appearing on any other document or documents.

F.    The term "relate to," including its various forms such as "relating to," "referring to," "concerning," "in connection with," and "in reference to," means consist of, refer to, reflect, or be in any way logically or factually connected with the matter discussed.

G.    The term "you" or "your" refers to plaintiff, counter-defendant, their officers, or any combination of them, along with their agents including attorneys.

## II.

## INSTRUCTIONS

A.    In construing the production requests, the singular form of a word shall include the plural and the plural shall include the singular.

B.    The words "and" as well as "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the production request any documents which might otherwise be construed to be outside its scope.

C.    If a privilege not to produce a requested document is claimed, please identify each document as to which the privilege is claimed, the nature of the privilege, and the legal and factual basis for each such claim.

D.    This production request shall be deemed as continuing and you are requested to supplement it if any documents responsive to it come into your possession after the time of your response.

E.    Unless otherwise noted, the time period for which documents should be produced is the period from May 1, 2004 through the date of your response.

## III.

## **DOCUMENTS TO BE PRODUCED**

1. All documents identified or referenced in your answers to Defendant Local 731's First Set of Interrogatories.

2. Illinois Central's articles of incorporation, by-laws, employer identification number, corporate minutes, corporate resolutions, corporate filings, annual statements, documents evidencing franchise tax payments, and licenses.

3. For the period January 1, 2005 (or the first day of the fiscal year preceding it, if a different date) through the date of your response, all documents that constitute, relate to, identify, or provide any information concerning Illinois Central's financial activity, including but not limited to:

    a. financial statements;

    b. profit and loss statements;

    c. assets;

    d. liabilities;

    e. accounts receivable and accounts payable;

    f. inventory;

    g. cash disbursements;

    h. checks ledgers;

I.  invoices;

j.  books, accounts, payroll records, ledgers;

k.  dividends, earnings;

l.  transfers or receipts of capital;

m.  loans and mortgages;

n.  financial guarantees;

o.  grants or receipts of credit or financing;

p.  UCC filings;

q.  notices of bulk transfer;

r.  liens which were placed on any Illinois Central property or assets.


4. To the extent not included in Request no. 3, all documents that constitute, relate to, identify, or provide information concerning all earnings, expenses and assets of Illinois Central on a monthly and annual (fiscal year) basis.


5. For the period January 1, 2005 through the date of your response, and for each and every Illinois Central customer, including but not limited to James McHugh Construction Co., Walsh Construction Co., F.H. Paschen Co., the Cook County Highway Department, all entities identified on the sworn affidavit attached hereto as Appendix A, and all entities identified in your Rule 26(a) disclosures, all:

a.  contracts;

b.  work records;

    c.    records of daily activities;

    d.    job tickets;

    e.    change orders;

    e.    invoices;

    f.    payment records;

    g.    payroll records maintained pursuant to the Illinois Prevailing Wage Act;

    h.    correspondence;

    I.    notes of conversations; and

    j.    witness statements.

6.    For the period January 1, 2006 through the date of your response, and for each and every current and former employee that performed any work covered under the CBA, records showing:

    a.    last known home address and telephone number;

    b.    job classification;

    c.    daily time records;

    d.    daily job tickets;

    e.    weekly time records;

    f.    weekly payroll;

    g.    annual payroll;

    h.    witness statements; and

  I.  other records pertaining in whole or part to the allegations of the amended complaint.

7.  All documents that show, in whole or part, the basis for Illinois Central's damages claim, including but not limited to documents showing the method of calculating damages.

*/s/ Robert E. Bloch*
Robert E. Bloch
One of the attorneys for Local 731

ROBERT E. BLOCH
STEVEN W. JADOS
DOWD, BLOCH & BENNETT
8 S. Michigan Avenue
19th floor
Chicago, IL 60603
312-372-1361

**Illinois Central Sweeping Service**

Office 708-293-0000   Fax 708-293-8319

2739 W. 139th St.
Blue Island, IL 60406

# SWORN AFFIDAVIT
## Construction Contractor Experience

- 3 Dimensions Construction
- A-Reliable Auto Parts
- Accu-paving Company
- Acme Refining
- Adcock
- Alpha Construction
- Arrow Road
- B & B Construction
- B G Justin Company
- Bigane Paving
- Bovis Lend Lease
- Brothers Ashpalt
- Budron Excavating
- C & C Asphalt Paving
- Cabo Construction
- California Cartage
- Central Blacktop
- Chicago Carbon Company
- Chicago Transload Inc
- Crowley Sheppard Asphalt
- D Construction
- Diamond Construction
- Environmental Cleansing Corp
- FHP Tectonics
- Fiala Paving
- Fortney & Weygandt Inc
- GA Johnson & Son
- Gallagher & Henry
- Gallagher Asphalt
- Gallant Construction
- Gioffre Companies
- Hardin Paving Co
- Henry Brothers
- Holland Asphalt Services Inc
- Homewood Disposal
- HRM Properties & Mason Corp
- Hulett-Fox Borough
- Hunter Paving & Excavating
- Jay Dee
- Joyce Builders
- K-Five Construction
- K & L Contractors
- KM Plant Services
- Lagone Paving & Sealcoating
- Ledcor Industries
- Lord & Essex Homes
- Marian Village
- Martam Construction
- Material Service
- McGill Construction
- McNaughton Dev
- Meno Stone Company
- Metz Enterprises
- Michuda Construction
- Mid-Continent Construction
- Miken Cartage Inc
- Montalbano Homes
- Morgan Harbour Construction
- Multi-modal Logistics Park
- Nalco Company
- Nemanich Consulting & Mgt Inc
- Neumann Homes
- Northern Plant Services
- Northwest Contractors
- Oak Lawn Blacktop
- Orange Crush LLC
- Oxford Dev
- P T Ferro
- Pacific Construction
- Pavement Systems
- Peak Construction
- Pepper Construction
- Peri Formwork Systems
- Preferred Development
- Quality Paving Inc
- R J Group
- Reliable Asphalt Corp
- Ridge Property Trust
- Roland Machinery Co
- Rose Paving
- Rosemead Construction
- Roy Strom
- Rubloff Construction Inc
- Ryan Companies
- Sanchez Paving
- Shamrock Blacktop
- Skender Construction
- Sunset Paving
- T J Lambrecht
- Terry Sullivan Constr
- Walsh Construction
- Weis Builders
- Wigboldy Excavating
- William A Randolph
- Willie Brothers

_____
Cheryl DeVries, General Manager

4-4-06
Date

APPENDIX A