LAW OFFICES
# DOWD, BLOCH & BENNETT
8 SOUTH MICHIGAN AVENUE • 19TH FLOOR
CHICAGO, ILLINOIS 60603-3315
PHONE (312) 372-1361
FAX (312) 372-6599

J. PETER DOWD
ROBERT E. BLOCH
BARRY M. BENNETT
ROBERT S. CERVONE
RONALD M. WILLIS

MICHELE M. REYNOLDS
JUSTIN J. LANNOYE
LAKISHA M. KINSEY-SALLIS
STEVEN W. JADOS

By telefax and U.S. mail
(312-251-9601)

May 28, 2008

Mr. Corey P. O'Dell
Connelly Roberts & McGivney LLC
One N. Franklin Street, Suite 1200
Chicago, IL 60606

Re: *Illinois Central Sweeping Services v. Teamsters Local 731*
Case *07 C 7003*

Dear Mr. O'Dell:

This letter is to summarize the understandings achieved in our second Rule 37.2 conference, held on May 16 pursuant to Judge Cole's Order, regarding plaintiff's discovery production in this matter. The interrogatories and requests to produce identified below were in dispute as of the date of our conference:

Defendant's Interrogatories

No. 4:   I have agreed that the interrogatory will be limited to persons who are employed by Illinois Central, and as amended you have agreed to answer the interrogatory.

No. 5:   You have agreed to answer this interrogatory in full, and the information will be provided in documentary form.

No. 6:   You have agreed to revise your answer so that each occurrence is identified, and for each occurrence you will provide the requested information.

No. 7:   You have agreed to revise your answer so that each occurrence is identified, and for each occurrence you will provide the requested information.



228

**DOWD, BLOCH & BENNETT**

Mr. Corey P. O'Dell<br>Page 2

No. 8: You have agreed to revise your answer so that each act or statement is identified, and for each occurrence you will provide the requested information.

No. 9: You have agreed to revise your answer so that each statement is identified, and for each statement you will provide the requested information.

No. 10: You have agreed to revise your answer so that each customer or potential customer is identified, and for each entity you will provide the requested information.

No. 11: You have agreed to revise your answer so that each customer or potential customer is identified, and for each entity you will provide the requested information.

No. 12: You have agreed to revise your answer so that each occurrence is identified, and for each occurrence you will provide the requested information.

No. 13: You have agreed to revise your answer so that each customer or potential customer is identified, and for each entity you will provide the requested information.

No. 14: We have agreed that you will answer the interrogatory in full, and I have agreed to limit production of certain documents, as discussed below.

No. 15: I have agreed that the interrogatory will be limited to all bids that were rejected, and as amended you have agreed to answer the interrogatory.

No. 18: You have agreed to answer this interrogatory in full.

No. 21: Your answer to this interrogatory is non-responsive in that it does not address the International Union directly. We have discussed that, if defendant Local 731 will not assert in this proceeding that the International Union is liable for Local 731's obligations, your client will dismiss the International Union from the lawsuit.

Defendant's Requests to Produce

No. 1: You have agreed to produce any remaining documents responsive to this request.

No. 2: This request will be withdrawn when the complaint is amended to correctly identify the plaintiff as Illinois Central Sweeping, LLC.

228

**DOWD, BLOCH & BENNETT**

No.3: You have agreed to produce profit and loss statements for 2005 and 2006, and to produce tax returns for 2005 and 2007.

You have also agreed to produce the records identified in the following subcategories:

    g.    cash disbursements;
    h.    checks ledgers;
    i.    invoices; and
    j.    payroll records, ledgers (as amended).

You have also agreed to provide a written summary of the records identified in the following subcategories and to make the original records available for inspection:

    c.    assets;
    d.    liabilities;
    e.    accounts receivable and accounts payable;
    f.    inventory;
    k.    dividends, earnings;
    l.    transfers or receipts of capital;
    m.    loans and mortgages;
    n.    financial guarantees;
    o.    grants or receipts of credit or financing;
    p.    UCC filings;
    q.    notices of bulk transfer; and
    r.    liens which were placed on any Illinois Central property or assets.

No. 4: I have agreed that the request will be limited to annual statements only, and as amended you have agreed to produce the identified records.

No. 5: You have provided a spreadsheet that is partially responsive to this request. You have agreed to produce the records identified in the following subcategories:

    a.    contracts;
    g.    payroll records; and
    j.    witness statements.

I have agreed to accept this limited production for the time being, and I reserve the right to request the remainder of the documents later.

**DOWD, BLOCH & BENNETT**

Mr. Corey P. O'Dell<br>Page 4

No. 6:   You have agreed to produce the following documents:

    a.   last known home address and telephone number;
    b.   job classification;
    f.   weekly payroll;
    g.   annual payroll;
    h.   witness statements; and
    i.   other records pertaining in whole or part to the allegations of the amended complaint.

I have agreed to accept this limited production for the time being, and I reserve the right to request the remainder of the documents later.

No. 7:   You have agreed to produce the documents responsive to the request.

Though we did not specify a date for responding to these requests, I expect to receive responses no later than June 6, 2008, which is three weeks after our conference date.

If this letter misstates our understanding in general or with regard to any particular item, please so notify me promptly in order that the matter can be brought before Judge Cole.

Sincerely,<br><br>*[signature]*<br>Robert E. Bloch

REB/ms

cc:   T. J. Hancock

**DOWD, BLOCH & BENNETT**

228

LAW OFFICES
# DOWD, BLOCH & BENNETT
8 SOUTH MICHIGAN AVENUE - 19th FLOOR
CHICAGO, ILLINOIS 60603
(312) 372-1361

FAX (312) 372-6599

## FACSIMILE COVER SHEET

FAX :        312-251-9601

TO:          Corey P. O'Dell

FROM:        Robert E. Bloch

DATE:        May 28, 2008

RE:          **Illinois Central Sweeping Services v. Teamsters Local 731**

A total of __5__ pages (including this cover sheet) will be sent.

If you do not receive all of the pages or if there is any other problem, please call the undersigned operator at the following telephone number as soon as possible: (312) 372-1361.

Original document to be mailed:

_X_ Yes        __ No

Lia Hardy                              Time:_____ a.m. / p.m.
Operator's Name

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (312) 372-1361, and destroy the original message and any copies.

**COMMENTS:**

```
             TRANSMISSION VERIFICATION REPORT

                                       TIME    : 05/28/2008 17:13
                                       NAME    : DOWD BLOCH & BENNETT
                                       FAX     : 3123726599
                                       TEL     : 3123721361
                                       SER.#   : BROJ6J538825


 DATE,TIME              05/28  17:12
 FAX NO./NAME           2519601
 DURATION               00:00:42
 PAGE(S)                05
 RESULT                 OK
 MODE                   STANDARD
                        ECM
```