<u>**CERTIFICATE OF SERVICE**</u>

I, Robert E. Bloch, an attorney, certify that I will cause to be served a copy of this motion on June 23, 2008, via electronic filing on the parties listed below:

Matthew P Connelly
Corey P. O'Dell
Garrett C. Carter
Connelly Roberts & McGivney LLC
55 West Monroe St., Suite 1700
Chicago, IL  60603

/s/  Robert E. Bloch         .
One of the attorneys for Local 731

Robert E. Bloch
Steven W. Jados
DOWD, BLOCH & BENNETT
8 S. Michigan Avenue
19th floor
Chicago, IL 60603
312-372-1361