IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ILLINOIS CENTRAL SWEEPING SERVICE, INC., | ) ) ) | |
| Plaintiff, | ) ) | Case no. 07 C 7003 |
| v. | ) ) | Chief Judge James F. Holderman |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS and ITS AFFILIATE, LOCAL UNION No. 731, TIM DUNLAP and TOM BROWN, ITS BUSINESS AGENTS, | ) ) ) ) ) ) ) | Magistrate Judge Cole |
| Defendants. | ) ) ) | |
| _____ | ) ) | |
| TEAMSTERS LOCAL UNION No. 731 and TIM DUNLAP, | ) ) ) | |
| Counter-Plaintiffs, | ) ) | |
| v. | ) ) | |
| ILLINOIS CENTRAL SWEEPING, LLC d/b/a ILLINOIS CENTRAL SWEEPING SERVICE, INC., | ) ) ) ) | |
| Counter-Defendant, | ) ) ) | |
| and CHARLES DEVRIES, | ) ) | |
| Third-Party Defendant. | ) | |

## NOTICE OF MOTION

To:   Matthew P. Connelly
Corey P. O'Dell
Garrett C. Carter
Connelly Roberts & McGivney LLC
55 West Monroe St., Suite 1700
Chicago, IL  60603

    PLEASE TAKE NOTICE that on Monday, June 30, 2008, at 8:30 a.m., or as soon thereafter as I may be heard, I will present the attached DEFENDANT TEAMSTERS LOCAL 731'S MOTION FOR SANCTIONS IN DISCOVERY to Magistrate Judge Cole, in the courtroom usually occupied by him, or to another Judge sitting in his stead, a copy of which is served upon you.


                                                        /s/  Robert E. Bloch         .
                                            One of the attorneys for Local 731

Robert E. Bloch
Steven W. Jados
DOWD, BLOCH & BENNETT
8 S. Michigan Avenue
19th floor
Chicago, IL 60603
312-372-1361