IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS CENTRAL SWEEPING SERVICE, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS AND ITS AFFILIATE, LOCAL UNION NO. 731, TIM DUNLAP AND TOM BROWN, ITS BUSINESS AGENTS, <br><br> Defendants. | Case No. 07 C 7003 <br><br> Judge James F. Holderman <br><br> Magistrate Jeffrey Cole |

## NOTICE OF FILING

To: Robert E. Bloch
Steven W. Jados
Dowd, Bloch & Bennett
8 S. Michigan Avenue, 19th Floor
Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on June 26, 2008, we filed with the Clerk of Court of the United States District Court, Northern District of Illinois, Plaintiff's Response to Motion for Sanctions.

Respectfully Submitted,
Illinois Central Sweeping Service, Inc.

By: /s/ *Corey P. O'Dell*
One of its attorneys

Matthew P. Connelly, #6229052
Garrett C. Carter, #6281139
Corey P. O'Dell, #2090228
Connelly Roberts & McGivney LLC
55 W. Monroe Street, Suite 1700
Chicago, Illinois 60603
312-251-9600