# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7003 | **DATE** | 6/30/2008 |
| **CASE TITLE** | Illinois Central Sweeping Service vs. International Brotherhood of Teamster, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's motion for sanctions in discovery [49] is denied without prejudice for non-compliance with my standing order that motions must be supplemented by supporting memorandum. The Plaintiff must fully and completely comply with the agreement regarding discovery memorialized by Defendant's Counsel in his letter of May 29, 2008 by July 14, 2008. The Plaintiff's counsel conceded in court today, that the letter accurately states counsel's agreement regarding discovery. Further settlement conference is set for Wednesday, July 2, 2008 at 10:00 a.m.

Notices mailed by Judicial staff.

00:30

| | Courtroom Deputy Initials: | CDH |
|---|---|---|