## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Illinois Central Sweeping Service, Inc.

                    Plaintiff,

v.

International Brotherhood of Teamsters, et al.

                    Defendant.

Case No.: 1:07−cv−07003

Honorable James F. Holderman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

     MINUTE entry before the Honorable Jeffrey Cole:Settlement conference held. Parties consent to proceed before Magistrate Judge Cole. Settlement supervision was outlined in court on the record. All matters relating to the referral of this action, having been resolved the case is returned to the assigned judge. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.