IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS CENTRAL SWEEPING SERVICE, INC., | ) ) ) |
| Plaintiff, | ) ) Case no. 07 C 7003 |
| v. | ) ) Chief Judge James F. Holderman ) |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS and ITS AFFILIATE, LOCAL UNION No. 731, TIM DUNLAP and TOM BROWN, ITS BUSINESS AGENTS, | ) Magistrate Judge Cole ) ) ) ) ) |
| Defendants. | ) ) |
| TEAMSTERS LOCAL UNION No. 731 and TIM DUNLAP, | ) ) ) |
| Counter-Plaintiffs, | ) ) |
| v. | ) ) |
| ILLINOIS CENTRAL SWEEPING, LLC d/b/a ILLINOIS CENTRAL SWEEPING SERVICE, INC., | ) ) ) ) |
| Counter-Defendant, | ) ) ) |
| and CHARLES DEVRIES, | ) ) |
| Third-Party Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all parties to this proceeding voluntarily dismiss this action with prejudice, which dismissal shall take effect on January 4, 2010 unless the Court, upon application from any party and for good cause shown, postpones the effective date of dismissal until such time as all parties are in full compliance with their Settlement Agreement.

_____
for Excavating, Grading, Asphalt, Private Scavengers,
Automobile Salesroom Garage Attendants,
Linen and Laundry Drivers, Local Union No. 731,
affiliated with the International Brotherhood of Teamsters


_____
for the International Brotherhood of Teamsters


_____
Timothy Dunlap

_____
Thomas Browne


_____
for Illinois Central Sweeping, LLC
D/B/A Illinois Central Sweeping
Service, Inc.,

_____
Charles Devries


Robert E. Bloch
Steve W. Jados
DOWD, BLOCH & BENNETT
8 S. Michigan Avenue

Matthew P. Connelly
Corey P. O'Dell
CONNELLY ROBERTS & McGIVNEY LLC
55 W. Monroe Street

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all parties to this proceeding voluntarily dismiss this action with prejudice, which dismissal shall take effect on January 4, 2010 unless the Court, upon application from any party and for good cause shown, postpones the effective date of dismissal until such time as all parties are in full compliance with their Settlement Agreement.

---

for Excavating, Grading, Asphalt, Private Scavengers,
Automobile Salesroom Garage Attendants,
Linen and Laundry Drivers, Local Union No. 731,
affiliated with the International Brotherhood of Teamsters

*/s/*

for the International Brotherhood of Teamsters

---

Timothy Dunlap

---

Thomas Browne

---

for Illinois Central Sweeping, LLC
D/B/A Illinois Central Sweeping
Service, Inc.,

---

Charles Devries

Robert E. Bloch
Steve W. Jados
DOWD, BLOCH & BENNETT
8 S. Michigan Avenue

Matthew P. Connelly
Corey P. O'Dell
CONNELLY ROBERTS & McGIVNEY LLC
55 W. Monroe Street

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all parties to this proceeding voluntarily dismiss this action with prejudice, which dismissal shall take effect on January 4, 2010 unless the Court, upon application from any party and for good cause shown, postpones the effective date of dismissal until such time as all parties are in full compliance with their Settlement Agreement.

_____
for Excavating, Grading, Asphalt, Private Scavengers,
Automobile Salesroom Garage Attendants,
Linen and Laundry Drivers, Local Union No. 731,
affiliated with the International Brotherhood of Teamsters

_____
for the International Brotherhood of Teamsters

_____
Timothy Dunlap

_____
Thomas Browne

_____
for Illinois Central Sweeping, LLC
D/B/A Illinois Central Sweeping
Service, Inc.,

_____
Charles DeVries

Robert E. Bloch
Steve W. Jados
DOWD, BLOCH & BENNETT
8 S. Michigan Avenue

Matthew P. Connelly
Corey P. O'Dell
CONNELLY ROBERTS & McGIVNEY LLC
55 W. Monroe Street

19th floor  
Chicago, IL 60603

Suite 1700  
Chicago, IL 60603